In the Matter of the Application of MILTON N. ROSENTHAL for Reinstatement as an Attorney and Counselor at Law, Respondent.— Motion for reinstatement as an attorney and counselor at law denied.    Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CECELIA PURCELL, as Executrix, etc., of GRACE L. STAFFORD, Deceased.    FRANK J. RIORDAN, Appellant; CECELIA PURCELL, as Executrix, etc., of GRACE L. STAF-FORD, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs.    Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

DAVID KASSEL, Respondent, v. N. V. NEDERLANDSCH AMERIKAANSCHE STOOM-VAART MAATSCHAPPIJ, Sued Herein as HOLLAND AMERICA LINE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.    [177 Misc. 92.]

KENIN AND POSNER, INC., a Domestic Corporation, Respondent, v. FLORENCE TERRACE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ABRAHAM J. MULTER, Appellant, v. JACOB WEINER, Also Known as JACK WEINER, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.    Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHUA BARRY, Appellant.— Motion to dismiss appeal granted and appeal dismissed.    (People v. Grout, No. 1, 166 App. Div. 220.)    Present — Lazansky, P. J., Carswell, John-ston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSHUA BARRY, Appellant.— In view of the decision in People v. Barry (ante, p. 859), decided herewith, the motion to dispense with printing is dismissed.    Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ISAAC J. WISOFF and Another, Respondents, v. JOSEPH WISOFF and Others, Defendants, and HARRY SLOMOWITZ and Others, Appellants.    (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to the Court of Appeals denied.    Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

NAJIB G. BEDER, Appellant, v. RASHID G. BEDER, Respondent.— In an action by the plaintiff to establish an account stated, and to compel the reassignment to him of a certain policy of insurance alleged to be held as collateral security for a series of loans made to the plaintiff by the defendant, judgment was granted in favor of the defendant dismissing the plaintiff's complaint and directing that a certain alleged account stated be surrendered and canceled, from which judgment the plaintiff appeals.    Judgment unanimously affirmed, with costs.    No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

MORRIS BLEENDES, Appellant, v. JAMOSA HOLDING CORPORATION, Respondent.— Order granting defendant's motion for summary judgment, and judgment entered pursuant thereto dismissing the complaint, in an action for damages for breach of a contract of employment, on the ground that the issues presented therein are res judicata, reversed on the law, without costs, and the motion denied, without costs.    The issue of whether Bleendes was rightfully or wrongfully discharged